MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLOWAY (CABN 121782)
Chief, Criminal Division

JENNIFER A. TOLKOFF (CABN 287945)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Jennifer.Tolkoff@usdoj.gov

Attorneys for the United States of America

FILED

JUN 25 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCELINO LOPEZ, <br><br> Defendant. | No. CR 4-15-70692 MAG <br><br> STIPULATED MOTION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO JULY 23, 2015 <br><br> [UNDER SEAL] |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing to July 23, 2015 at 9:30 a.m. before the Honorable Judge Westmore for arraignment or preliminary hearing. Counsel for the defendant believes that postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to present an indictment before the current July 23, 2015, preliminary hearing date. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel needs additional time to meet with her client to go over discovery in the case and that an exclusion of time

STIP. & [PROPOSED] ORDER RE PRELIM.
CR 4-15-70692 MAG

1 under the Speedy Trial Act for continuity of counsel and effective preparation of counsel is warranted
2 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) between June 22, 2015, and July 30, 2015.
3 Undersigned defense counsel represents that she has spoken with her client, and that he agrees to the
4 continuance and to time being tolled and waived as requested.

IT IS SO STIPULATED.

DATED: June 23, 2015

JOYCE LEAVITT
Attorney for Defendant

*Signed with permission by Jennifer Tolkoff*

DATED: June 23, 2015

JENNIFER A. TOLKOFF
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/24/15

KANDIS A. WESTMORE
United States Magistrate Judge

STIP. & [PROPOSED] ORDER RE PRELIM.
CR 4-15-70692 MAG